UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SOKOLICH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Civ. No. 2:23-cv-21728-BRM-LDW<br><br>Hon. Brian R. Martinotti<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOHN F. NELSON PURSUANT TO D.N.J. L.CIV.R. 101** |

Defendants the METROPOLITAN TRANSPORTATION AUTHORITY (the "MTA"), JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY ("TBTA"), CATHERINE T. SHERIDAN, in her official capacity as President of TBTA (substituted for named defendant DANIEL DECRESCENZO pursuant to Rule 25(d) of the Federal Rules of Civil Procedure), the TRAFFIC MOBILITY REVIEW BOARD (the "TMRB"), and CARL WEISBROD, in his capacity as Chair of the TMRB, by their undersigned counsel, hereby move this Court for an entry of an Order allowing the admission *pro hac vice* of:

> John F. Nelson, Esq.
> Sive, Paget & Riesel, P.C.
> 560 Lexington Avenue, 15th Floor
> New York, NY 10022

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies as follows:

1. I will comply with Local Civil Rule 101.1(c) and will be held responsible for the conduct of John F. Nelson, Esq.

2. I will ensure that John F. Nelson, Esq. complies with Local Civil Rule 101.1(c).

3. I or another attorney admitted to practice before the United States District Court

for the District of New Jersey will sign all pleadings, briefs and other papers filed with the Court.

4.   I or another attorney admitted to practice before the United States District Court for the District of New Jersey will make all Court appearances required by the Court and the Local Rules.

**PLEASE TAKE FURTHER NOTICE** that Defendants the MTA, JOHN JANNO LIEBER, in his official capacity as Chair and CEO of the MTA, TBTA, CATHERINE T. SHERIDAN, in her official capacity as President of TBTA (substituted for named defendant DANIEL DECRESCENZO pursuant to Rule 25(d) of the Federal Rules of Civil Procedure), the TMRB, and CARL WEISBROD, in his capacity as Chair of the TMRB, will rely upon the accompanying declaration of John F. Nelson, Esq. in support of this motion and that no brief is necessary as this motion raises no issue of law and the relief sought is within the Court's discretion.

Respectfully submitted this 6th day of December 2023.

/s/ Daniel Chorost
Daniel Chorost
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(646) 378-7207
dchorost@sprlaw.com

*Counsel for Defendants the MTA; John Janno Lieber, in his official capacity as Chair and CEO of the MTA; TBTA; Catherine T. Sheridan, in her official capacity as President of TBTA; the TMRB; and Carl Weisbrod, in his capacity as Chair of the TMRB*