# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS
BRADLEY L. RICE°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
MICHAEL J. PARAGANO°
SCOTT M. JACOBSON°
EMMA A. McELLIGOTT

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ, NY & DC BARS

December 21, 2023

**VIA ELECTRONIC FILING**
Hon. Brian R. Martinotti
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:    Mark Sokolich, et al f. United States Department of Transportation et al**
             **Civil Action No.: 2:23-cv-21728-BRM-LDW**

Dear Judge Martinotti:

      The undersigned represents Plaintiffs in the above-referenced action. We are writing to advise the Court that we intend to move to consolidate this action with the first-filed related action commenced by the State of New Jersey, entitled *State of New Jersey v. United States Department of Transportation et al*, Civil Action No. 2:23-cv-03885.

      In the interim, we seek permission to appear in the first-filed action for purposes of taking a position with respect to Defendants' Cross-Motion for Summary Judgment(ECF 79-1) as well as, the Brief of Amici Curiae filed in Support of Defendants' Cross-Motion for Summary Judgment (ECF No. 78-1).

      We thank the Court for your consideration.

                                        Respectfully submitted,

                                        NAGEL RICE, LLP

                                        */s Bruce H. Nagel*

                                        BRUCE H. NAGEL

cc: Counsel for All Parties (via ECF)