# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS
LORI I. MAYER
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN
SUSAN F. CONNORS*
BRADLEY L. RICE
MICHAEL J. PARAGANO

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO
ANDREW J. NEES

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
 MEMBER OF NJ & NY BARS
 MEMBER OF NJ, NY & DC BARS

February 9, 2024

*Via E-filing*
Honorable Leo M. Gordon
US Court of International Trade
(Sitting by designation in the
District of New Jersey)
50 Walnut Street
Newark, NJ  07102

Re:  Sokolich et al. v. US Department of Transportation
     Civil Action No.:  2:23-cv-21728-LMG-LDW

Dear Judge Gordon:

We are counsel to the plaintiffs in the Sokolich action.  We consent to a stay until the cross-motions for summary judgment are decided.  Further, we respectfully request the right to submit a letter in support of the State's application, and to appear and be heard at oral argument.

Respectfully,

*Bruce H. Nagel*
BRUCE H. NAGEL

BHN/ls