**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SOKOLICH, in his capacity as the mayor of Fort Lee and a resident of Fort Lee, and RICHARD GALLER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>　　　　Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:23-cv-21728 |

## **ORDER**

Pursuant to consultation with the parties in this action as well as in the State of New Jersey action, Court No. 2:23-cv-03885, the court indicated its interest in staying this action pending the adjudication of similar claims presented in the State of New Jersey action. In the absence of any opposition thereto, and the court having considered all papers and proceedings herein, the court concludes that this action should be stayed in the interests of judicial efficiency. Accordingly, it is hereby

Court No. 2:23-cv-21728 | Page 2

**ORDERED** that all further proceedings in this action are stayed until 30 days after the final resolution of the cross-motions for summary judgment by the court in <u>State of New Jersey v. U.S. Dep't of Transp.</u>, Court No. 23-cv-03885.

<u>/s/ Leo M. Gordon</u>
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 13, 2024
      Newark, New Jersey